# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BYBROOK CAPITAL MASTER FUND LP, and BYBROOK CAPITAL HAZELTON MASTER FUND LP, <br><br> Plaintiffs, <br><br> v. <br><br> THE REPUBLIC OF ARGENTINA, <br><br> Defendant. | No. 1:21-cv-02060-LAP <br><br> [~~PROPOSED~~] ORDER |

The Court, having considered Plaintiffs Bybrook Capital Master Fund LP and Bybrook Capital Hazelton Master Fund LP's Motion for Summary Judgment [ECF 18] pursuant to Fed. R. Civ. P. 56, and all other arguments, evidence and materials submitted by the parties in connection therewith, and good cause appearing therefore;

IT IS HEREBY ORDERED that the Plaintiffs' Motion for Summary Judgment is GRANTED.

A separate Order of Judgment will issue pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

Dated: January 10, 2023
New York, New York

_____
Loretta A. Preska
United States District Judge