UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BYBROOK CAPITAL MASTER FUND LP, and BYBROOK CAPITAL HAZELTON MASTER FUND LP,<br><br>     Plaintiffs,<br><br>  v.<br><br>THE REPUBLIC OF ARGENTINA,<br><br>     Defendant. | No. 1:21-cv-02060-LAP<br><br>[~~PROPOSED~~] JUDGMENT |

Plaintiffs Bybrook Capital Master Fund LP and Bybrook Capital Hazelton Master Fund LP ("**Plaintiffs**"), having moved this Court for an Order of Summary Judgment, and the Court having granted summary judgment on that motion.

NOW, it is hereby, **ORDERED, ADJUDGED, AND DECREED** that the Plaintiffs shall recover from the Defendant the Republic of Argentina (the "**Republic**") as follows:[1]

1. With respect to the claim of plaintiff Bybrook Capital Master Fund LP ("**Bybrook**") to recover on its beneficial interest in the principal amount of $105,000 of the 9.75% Global Bond due September 19, 2027, ISIN US040114AV28: Bybrook shall recover from the Republic $220,010.09, comprised of (i) $105,000.00 (representing the unpaid value of the principal of the bond), *plus* (ii) $85,056.56 (representing unpaid interest on the principal of the

---

[1] All amounts herein are calculated as of January 10, 2023.

1

bond, solely to the extent that the unpaid coupons became due at a point on or after six years prior to the filing of the Complaint); *and* (iii) $29,953.52 (representing statutory pre-judgment interest, at the rate of 9%, accruing on each recoverable unpaid interest coupon); *plus* **all interest that has accrued since January 10, 2023 until the date of entry of this Judgment**, in the per diem amount of $49.05, which figure is comprised of (i) $28.86 in per diem interest on the unpaid principal; and (ii) $20.19 in per diem pre-judgment interest on the unpaid interest.

2. With respect to the claim of plaintiff Bybrook Capital Hazelton Master Fund LP ("**Hazelton**") to recover on its beneficial interest in the principal amount of $105,000 of the 9.75% Global Bond due September 19, 2027, ISIN US040114AV28: Hazelton shall recover from the Republic $220,010.09, comprised of (i) $105,000.00 (representing the unpaid value of the principal of the bond), *plus* (ii) $85,056.56 (representing unpaid interest on the principal of the bond, solely to the extent that the unpaid coupons became due at a point on or after six years prior to the filing of the Complaint); *and* (iii) $29,953.52 (representing statutory pre-judgment interest, at the rate of 9%, accruing on each recoverable unpaid interest coupon); *plus* **all interest that has accrued since January 10, 2023 until the date of entry of this Judgment**, in the per diem amount of $49.05, which figure is comprised of (i) $28.86 in per diem interest on the unpaid principal; and (ii) $20.19 in per diem pre-judgment interest on the unpaid interest.

It is further **ORDERED** that, until further notice from the Court, plaintiffs must refrain from selling or otherwise transferring their beneficial interests in the bonds involved in this action without advising the Court in advance and obtaining permission of the Court.

Dated: January 10, 2023
New York, New York

Loretta A. Preska
United States District Judge

2