# CLEARY GOTTLIEB STEEN & HAMILTON LLP

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

| AMERICAS | ASIA | EUROPE & MIDDLE EAST | |
|---|---|---|---|
| NEW YORK | BEIJING | ABU DHABI | LONDON |
| SAN FRANCISCO | HONG KONG | BRUSSELS | MILAN |
| SÃO PAULO | SEOUL | COLOGNE | PARIS |
| SILICON VALLEY | | FRANKFURT | ROME |
| WASHINGTON, D.C. | | | |

CRAIG B. BROD
RICHARD J. COOPER
JEFFREY S. LEWIS
PAUL J. SHIM
STEVEN L. WILNER
DAVID C. LOPEZ
MICHAEL A. GERSTENZANG
LEV L. DASSIN
JORGE U. JUANTORENA
MICHAEL D. WEINBERGER
DAVID LEINWAND
JEFFREY A. ROSENTHAL
MICHAEL D. DAYAN
CARMINE D. BOCCUZZI, JR.
JEFFREY D. KARPF
FRANCISCO L. CESTERO
FRANCESCA L. ODELL
WILLIAM L. MCRAE
JASON FACTOR
JOON H. KIM
ALAN M. LEVINE
MARGARET S. PEPONIS
LISA M. SCHWEITZER
JUAN G. GIRÁLDEZ
DUANE MCLAUGHLIN
CHANTAL E. KORDULA
BENET J. O'REILLY
ADAM E. FLEISHER
SEAN A. O'NEAL
GLENN P. MCGRORY
DEBORAH NORTH
MATTHEW P. SALERNO
MICHAEL J. ALBANO
VICTOR L. HOU
ROGER A. COOPER
LILLIAN TSU
AMY R. SHAPIRO
JENNIFER KENNEDY PARK
ELIZABETH LENAS
LUKE A. BAREFOOT
JONATHAN S. KOLODNER
DANIEL ILAN
MEYER H. FEDIDA
ADRIAN R. LEIPSIC
ELIZABETH VICENS
ADAM J. BRENNEMAN
ARI D. MACKINNON
JAMES E. LANGSTON
JARED GERBER
RISHI ZUTSHI
JANE VANLARE
AUDRY X. CASUSOL
ELIZABETH DYER
DAVID H. HERRINGTON
KIMBERLY R. SPOERRI
AARON J. MEYERS
DANIEL C. REYNOLDS
ABENA A. MAINOO
HUGH C. CONROY, JR.
JOHN A. KUPIEC
JOSEPH LANZKRON
MAURICE R. GINDI
KATHERINE R. REAVES
RAHUL MUKHI
ELANA S. BRONSON
MANUEL SILVA
KYLE A. HARRIS
LINA BENSMAN
ARON M. ZUCKERMAN
KENNETH S. BLAZEJEWSKI
MARK E. MCDONALD
F. JAMAL FULTON
PAUL V. IMPERATORE
CLAYTON SIMMONS
CHARLES W. ALLEN
JULIA L. PETTY
HELENA K. GRANNIS
SUSANNA E. PARKER
THOMAS S. KESSLER
RESIDENT PARTNERS

JUDITH KASSEL
PENELOPE L. CHRISTOPHOROU
BOAZ S. MORAG
HEIDE H. ILGENFRITZ
ANDREW WEAVER
JOHN V. HARRISON
MATTHEW BRIGHAM
EMILIO MINVIELLE
LAURA BAGARELLA
JONATHAN D.W. GIFFORD
DAVID W.S. YUDIN
KARA A. HAILEY
ANNA KOGAN
BRANDON M. HAMMER
BRIAN J. MORRIS
CARINA S. WALLANCE
ALEXANDER JANGHORBANI
RESIDENT COUNSEL

D: +1 (212) 225-2508
cboccuzzi@cgsh.com

March 28, 2023

Honorable Loretta A. Preska
United States District Judge
United States District Court for
  the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re: *Attestor Master Value Fund LP v. Argentina*, 14-cv-05849;
*Bison Bee LLC v. Argentina*, 18-cv-3446;
*Bybrook Capital Master Fund LP & Bybrook Capital Hazelton Master Fund LP v. Argentina*, 15-cv-2369, 15-cv-7367, 16-cv-1192, 21-cv-2060;
*Trinity Investments Ltd. v. Argentina*, 14-cv-10016, 15-cv-1588, 15-cv-2611, 15-cv-5886, 15-cv-9982, 16-cv-1436;
*White Hawthorne, LLC v. Argentina*, 15-cv-4767, 15-cv-9601;
*White Hawthorne, LLC & White Hawthorne II, LLC v. Argentina*, 16-cv-1042

Dear Judge Preska:

This firm represents the Republic of Argentina (the "Republic") in the above-captioned actions. With the consent of counsel for plaintiffs, we write to request that the Court permit the Republic to file its notices of appeal of the Court's March 15, 2023 ruling and March 28, 2023 order in these actions under seal electronically through the Court's ECF system.

We understand from the Appeals Clerk in the Southern District of New York and the Case Openings Clerk in the Second Circuit that the preferred procedure for maintaining the sealing while requesting the opening of an appeal docket would be to indicate where, on the district court record, the Court authorized submission of the Notices of Appeal under seal to the Court.

SO ORDERED
*[signature]*  3/29/2023
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

Cleary Gottlieb Steen & Hamilton LLP or an affiliated entity has an office in each of the locations listed above.

Honorable Loretta A. Preska, p. 2

      Accordingly, the Republic respectfully requests that the Court allow submission of the notices of appeal under seal with the Clerk of the Court and So Order this letter on the docket to allow the Republic to proceed as set forth above.

Respectfully,

*/s/ Carmine D. Boccuzzi, Jr.*

Carmine D. Boccuzzi, Jr.