# CLEARY GOTTLIEB STEEN & HAMILTON LLP

AMERICAS
NEW YORK
SAN FRANCISCO
SÃO PAULO
SILICON VALLEY
WASHINGTON, D.C.
ASIA
BEIJING
HONG KONG
SEOUL

One Liberty Plaza
New York, NY 10006-1470
T: +1 212 225 2000
F: +1 212 225 3999

clearygottlieb.com

D: +1 (212) 225-2508
cboccuzzi@cgsh.com

EUROPE & MIDDLE EAST
ABU DHABI
BRUSSELS
COLOGNE
FRANKFURT
LONDON
MILAN
PARIS
ROME

January 31, 2025

**VIA ECF**
The Honorable Loretta A. Preska
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:  *Bainbridge Fund Ltd. v. The Republic of Argentina*, No. 1:16-cv-08605-LAP;  *Attestor Master Value Fund LP v. Republic of Argentina*, No. 1:14-cv-05849-LAP; *Trinity Investments Ltd. v. Republic of Argentina*, No. 1:14-cv-10016-LAP, No. 1:15-cv-1588-LAP, No. 1:15-cv-2611-LAP, No. 1:15-cv-5886-LAP, No. 1:15-cv-9982-LAP, No. 1:16-cv-1436-LAP; *Bybrook Capital Master Fund LP & Bybrook Capital Hazelton Master Fund LP v. Republic of Argentina*, No. 1:15-cv-2369-LAP, No. 1:15-cv-7367-LAP, No. 1:16-cv-1192-LAP, No. 1:21-cv-2060-LAP; *White Hawthorne, LLC v. Republic of Argentina*, No. 1:15-cv-4767-LAP, No. 1:15-cv-6901-LAP; *White Hawthorne, LLC and White Hawthorne II, LLC v. The Republic of Argentina*, 16 Civ. 1042 (LAP); *Bison Bee LLC v. Republic of Argentina*, 18 Civ. 3446 (LAP).

Dear Judge Preska:

This firm represents defendant the Republic of Argentina (the "Republic") in the above-captioned cases.  We write in response to the January 28, 2025 letter filed by Attestor Master Value Fund LP and other related plaintiffs (the "Attestor Plaintiffs"), as well as the January 30, 2025 letter filed by Bainbridge Fund Ltd. ("Bainbridge") regarding the attachment of the reversionary interest in the Brady Bond collateral held by the Federal Reserve Bank of New York (the "Brady Collateral").

Hon. Loretta Preska, p. 2

  The Republic takes no position on the issue of priority between the Attestor Plaintiffs and Bainbridge as to the Brady Collateral, and additionally takes no position on whether a conference on this issue should be scheduled.

  The Republic reserves all rights and defenses.

              Respectfully submitted,

              Carmine D. Boccuzzi, Jr.

cc: All Counsel of Record (via ECF)