**quinn emanuel** trial lawyers | new york

295 Fifth Avenue, New York, NY 10016 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7160**

WRITER'S EMAIL ADDRESS
**kevinreed@quinnemanuel.com**

February 3, 2025

<u>VIA ECF</u>

The Honorable Loretta A. Preska
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street - Room 12A
New York, New York 10007

Re:   *Attestor Master Value Fund LP v. Republic of Argentina*, 14-cv-05849;
*Trinity Investments Ltd. v. Republic of Argentina*, 14-cv-10016, 15-cv-1588, 15-cv-2611, 15-cv-5886, 15-cv-9982, 16-cv-1436;
*Bybrook Capital Master Fund LP & Bybrook Capital Hazelton Master Fund LP v. Republic of Argentina*, 15-cv-2369, 15-cv-7367, 16-cv-1192, 21-cv-2060;
*White Hawthorne, LLC v. Republic of Argentina*, 15-cv-4767, 15-cv-9601;
*White Hawthorne, LLC and White Hawthorne II, LLC v. The Republic of Argentina*, 16-cv-1042 (LAP); and
*Bison Bee LLC v. Republic of Argentina*, 18-cv-3446 (LAP)

Dear Judge Preska:

On behalf of Plaintiffs in the above-referenced actions, we write to request a brief extension of the date to submit a reply to the January 31, 2025 pre-motion letter filed by The Republic of Argentina (the "**Republic**") in the above-referenced actions, as well as the January 30, 2025 letter filed by Bainbridge Fund Ltd. ("**Bainbridge**") in *Bainbridge Fund Limited v. The Republic of Argentina*, 16-cv-08605 (LAP), transmitted to counsel for Plaintiffs in hard copy on January 31, 2025.  A copy of the Bainbridge letter is attached hereto as Exhibit A.

The Republic takes "no position" on whether a pre-motion conference should be convened or on the issue of priority of attachments between Plaintiffs and Bainbridge.  (Dkt. 164 at 2). Bainbridge asserts a competing attachment on the Republic's reversionary interest in Brady Bonds, and has proposed either a pre-motion letter exchange or that a briefing schedule be put into place. Counsel for Plaintiffs have corresponded with counsel for Bainbridge, and, if Your Honor is

quinn emanuel urquhart & sullivan, llp
ATLANTA | AUSTIN | BOSTON | BRUSSELS | CHICAGO | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

amenable to moving directly to motion practice, the Plaintiffs and Bainbridge expect to be in a position very shortly to propose an agreed briefing scheduling for motion practice regarding the priority of the attachments and Plaintiffs' contemplated motion to lift the stay of the turnover order.

Plaintiffs therefore request a two day extension of the date for the submission of the pre-motion reply letter from February 3 to February 5, 2025. This is the first request for an extension. Counsel for Plaintiffs have inquired as to the Republic's position on Plaintiffs' requested extension, and are awaiting a response.

Respectfully submitted,

*/s/ Kevin S. Reed*
Kevin S. Reed

cc: Counsel for the Republic of Argentina (via ECF)
    Anthony J. Costantini, Counsel for Bainbridge (via email)

```
Plaintiffs' request for a two day
extension of the date for the
submission of the pre-motion reply
letter from February 3 to February
5, 2025 is granted.  SO ORDERED.
```

*Loretta A. Preska*
_____
Loretta A. Preska
United States District Judge

February 4, 2025
New York, New York

2